**Billa SINGH, aka Makhan Singh, Petitioner,**

v.

**EriC H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–73743.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Eric W. Schultz, Esq., Eric W. Schultz, Esq., Buffalo, NY, for Petitioner.

James Eugene Grimes, Senior Litigation Counsel, DOJ—U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

**MEMORANDUM** **

Billa Singh, a native and citizen of India, petitions for review of an immigration judge's ("IJ") exclusion order. We dismiss the petition for lack of jurisdiction.

We lack jurisdiction over Singh's contentions that the IJ's November 29, 1994, exclusion order is not valid because Singh failed to exhaust his administrative remedies. *See* 8 U.S.C. § 1252(d)(1); *Puga v. Chertoff*, 488 F.3d 812, 815 (9th Cir.2007).

To the extent Singh is challenging the government's decision to execute the exclusion order, we lack jurisdiction. *See* 8 U.S.C. § 1252(g).

In light of our disposition, Singh's motion to supplement the record is moot.

**PETITION FOR REVIEW DISMISSED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.